

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-21-00387-CV

Donald W. **TAYLOR**,
Appellant

v.

Clark **ASPY**, Madison Preston and Naman Howell Smith & Lee, PLL,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16670
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On May 2, 2022, this court received appellant's brief. The brief violates the Texas Rules of Appellate Procedure in that it:

1. does not contain an index of authorities with appropriate citations to page numbers, *see* TEX. R. APP. P. 38.1(c);

2. does not contain a clear and concise argument with citations to legal authority, *see* TEX. R. APP. P. 38.1(i);

3. does not contain an appendix including the necessary contents required by the Rules, *see* TEX. R. APP. P. 38.1(k).

On May 5, 2022, we issued an order (1) striking the brief filed by appellant and (2) directing appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure no later than May 25, 2022. On May 23, 2022, appellant filed a motion requesting a thirty-day extension of time to file an amended brief.

The motion is GRANTED, and appellant is ORDERED to file an amended brief in compliance with the Texas Rules of Appellate Procedure **no later than June 24, 2022** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Irene Rios, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.



_____
Michael A. Cruz,
Clerk of Court